United States District Court
Southern District of Texas
**ENTERED**
May 17, 2022
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **BLANCA LOZOYA,** § § | |
| **Plaintiff,** § § | |
| VS. § § | **CIVIL ACTION NO. 4:21-CV-02653** |
| **MANNYS MEXICAN SEAFOOD GRILL &** § **CANTINA, LLC,** § § | |
| **Defendant.** § | |

## CONDITIONAL ORDER OF DISMISSAL

The Parties in this case filed a Joint Stipulation of Dismissal with Prejudice. (Doc. 21.) In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint is hereby **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on May 16, 2022.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE